[No. 7662–4–II.   Division Two.   August 4, 1986.]

REN GREEN, ET AL, *Appellants*, v. KAUFMAN & BROAD
HOME SYSTEMS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 81–2–01714–6, Robert D. McMullen, J. Pro
Tem., entered February 21, 1984. *Affirmed* by unpublished
opinion per Petrich, J., concurred in by Reed, A.C.J., and
Alexander, J.

[No. 7699–3–II.   Division Two.   August 4, 1986.]

EVELYN ROSE MCCLINTICK, ET AL, *Appellants*, v. ANN
E. KEISALA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 82–2–00311–1, John W. Schumacher,
J., entered March 19, 1984. *Affirmed* by unpublished opin-
ion per Petrich, J., concurred in by Worswick, C.J., and
Reed, J.

[No. 14925–3–I.   Division One.   August 6, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL
LEE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84–8–00086–6, James A. Noe, J., entered June
18, 1984. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Scholfield, C.J., and Grosse, J.